UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

VIVIAN RODRIGUEZ,

    Plaintiff,

v.                                                          Case No. 2:20-cv-186-NPM

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## ORDER

Before the Court is the Unopposed Motion for Entry of Judgment with Remand (Doc. 19). The Commissioner of Social Security seeks remand for further proceedings, and Plaintiff does not object. (*Id.*, p. 1).

Accordingly, it is **ORDERED** that the Unopposed Motion for Entry of Judgment With Remand (Doc. 19) is **GRANTED** as follows:

(1)     Pursuant to sentence four of 42 U.S.C. § 405(g), the decision of the Commissioner is reversed, and this case is remanded to the Commissioner for further administrative proceedings as follows:

> Upon remand, the Appeals Council will instruct the Administrative Law Judge to obtain additional evidence from a vocational expert, to further consider whether the claimant is able to

       make an adjustment to other work, and to issue a
new decision.

(Doc. 19, p. 1).

(2)    If Plaintiff prevails in this case on remand, Plaintiff must comply with the Order (Doc. 1) entered on November 14, 2012, in Misc. No. 6:12-mc-124-Orl-22.

(3)    The Clerk of Court is directed to enter judgment accordingly, terminate any pending motions and deadlines, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida on February 10, 2021.

*Nicholas P. Mizell*
NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE